UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICARDO SHERMAN,

         Plaintiff,

v.

UNITED STATES OF AMERICA

         Defendants.
_____/

Case No. 13-12803

District Judge David M. Lawson

Magistrate Judge R. Steven Whalen.,

### ORDER REQUIRING RESPONSE TO MOTION

This court has received the United States's Motion to Dismiss filed 12/06/13 (D.E. #13).

**IT IS HEREBY ORDERED** that Plaintiff file a response to Defendant's motion with a brief by **February 4, 2014** pursuant to Rule 7.1(b) of the United States District Court for the Eastern District of Michigan. Defendant shall have until **February 18, 2014** to file their Reply. Once time has expired for filing, the Defendant's motion will be considered submitted for decision on the briefs without oral argument.

                                      s/R. Steven Whalen
                                      R. STEVEN WHALEN
                                      UNITED STATES MAGISTRATE JUDGE

Dated: December 18, 2013

_____

### CERTIFICATE OF SERVICE

      I hereby certify on December 18, 2013 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed electronically to the following non-registered ECF participate:

**Ricardo Sherman**
2900 18th Street Apt. 1-C
Detroit, MI 48216

                                      s/Michael Williams
                                      Case Manager to
                                      Magistrate Judge R. Steven Whalen
                                      (313) 234-5114