UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICARDO SHERMAN,

       Plaintiff,                      Case Number 13-12803
                                            Honorable David M. Lawson

v.

UNITED STATES OF AMERICA,

       Defendant.
_____/

### ORDER DISMISSING CASE WITHOUT PREJUDICE

On December 23, 2013, the parties notified the Court that they have agreed to dismiss the case without prejudice.

Accordingly, it is **ORDERED** that the plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** and without costs or attorney fees to either party.

                                        s/Davd M. Lawson
                                        DAVID M. LAWSON
                                        United States District Judge

Dated: January 3, 2014

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 3, 2014.

                                        s/Shawntel Jackson
                                        SHAWNTEL JACKSON